UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLINE JACKSON, | No.  1:25-cv-00181-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM |
| v. | |
| THE STATE AND FEDERAL LAW ENFORCEMENT AGENCIES, et al. | (Doc. 14) |
| Defendants. | |

Plaintiff Pearline Jackson is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 24, 2025, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations, recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  Doc. 14.  Plaintiff was directed to file objections within fourteen (14) days.  *Id.*  Plaintiff timely filed objections on December 12, 2025.  Doc. 15.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  In her objections, plaintiff asserts the same conclusory allegations included in her first amended complaint and does not provide a basis for rejecting the findings and recommendations. The magistrate judge previously screened plaintiff's complaint and provided plaintiff an

1

opportunity to cure deficiencies in her complaint.  Doc. 10.  Although plaintiff was provided with pleading and legal standards that appeared relevant to her claims and was directed to include factual allegations relevant to her claims if she chose to amend her complaint, neither plaintiff's first amended complaint nor her objections contain sufficient factual allegations to state a cognizable claim.  Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 24, 2025, Doc. 14, are adopted in full;

2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 1, 2026

UNITED STATES DISTRICT JUDGE

2